# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA ROSARIO-CRUZ,<br><br>Defendant. | **INDICTMENT**<br><br>Criminal No. 23-255 (FAB)<br><br>Violations:<br>18 U.S.C. § 922(g)(1)<br><br>**ONE COUNT** |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
**Prohibited Person in Possession of a Firearm and Ammunition: Felon**
18 U.S.C. § 922(g)(1)

On or about June 23, 2023, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

JOSHUA ROSARIO-CRUZ,

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition—that is, one Ruger pistol, model P94, .40 caliber, bearing serial number 341-43431 and 10 rounds of .40 caliber ammunition—said firearm and ammunition having been shipped and transported in interstate and foreign commerce. All in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FIREARMS FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) as set forth in Count One of this Indictment, the defendant,

JOSHUA ROSARIO-CRUZ,

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to: one Ruger pistol, model P94, .40 caliber, bearing serial number 341-43431; 10 rounds of .40 caliber ammunition; and one .40 caliber magazine.

All in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

TRUE BILL

W. STEPHEN MULDROW
United States Attorney

_____
Jonathan Gottfried
Assistant United States Attorney
Chief, Violent Crimes Division

_____
César E. Rivera Díaz
Assistant United States Attorney
Violent Crimes Division